UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARJORIE MEYERS, by Next Friend EDGAR C. BENZING, HELEN ELKIN, RUTH H. DAVIS, and PHILLIP GREENBERG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF TEXAS, DEPARTMENT OF TRANSPORTATION, and AMADEO SAENZ, JR., in his capacity as Executive Director of the Texas Department of Transportation;<br><br>Defendants | § § § § § § § § § § § § § § § § § § | Civil Action No. 00 CA 430 SS |

### PLAINTIFFS' AMENDED NOTICE OF FILING AMENDED LIST OF *CY PRES* RECIPIENTS

Comes now Plaintiffs' counsel and files this, its Amended Notice of Filing Amended List of *Cy Pres* Recipients, and in support states:

Pursuant to the terms of the Settlement Agreement entered into by the parties hereto, specifically paragraph 14. A. ii) b), the parties are able to include other organizations that have made requests for funds five (5) days prior to the Fairness Hearing. In accordance therewith, five (5) organizations have requested inclusion. For the Court's consideration, Plaintiffs' counsel does hereby submit and provide notice of the Amended List of *Cy Pres* Recipients (attached as Exhibit A) with an adjusted allocation.

<table>
<tr><td>

PETERSON & MYERS, P.A.
Stephen R. Senn
Florida Bar No. 0833878
SSenn@PetersonMyers.com
Post Office Box 24628
Lakeland, Florida 33802-4628
(863) 683-6511
(863) 682-8031 (FAX)

ROBERT G. FEGERS, P.L.
Robert G. Fegers
Florida Bar No. 379719
Robert@FegersLaw.com
Post Office Box 7692
Winter Haven, Florida 33883
(863) 294-2898
(863) 299-7166 (FAX)

</td><td>

Respectfully submitted,

SKELTON & WOODY
J. Hampton Skelton
State Bar No. 18457700
hskelton@skeltonwoody.com
248 Addie Roy Road, Suite B-302
Austin, Texas 78746
(512) 651-7000
(512) 651-7001 (FAX)


s/ J. Hampton Skelton

**ATTORNEYS FOR PLAINTIFFS**

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I certify that on this **27th** day of January, 2010, I am electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> William C. Brocato
> Assistant Attorney General
> Transportation Division
> Office of the Attorney General
> 300 West 15th Street, 14th Floor
> Austin, Texas 78701

And I hereby certify on this 27th day of January, 2010, that I am serving the document by electronic mail to the following non-CM/ECF participants to date in this case:

> Kristina Silcocks
> Assistant Attorney General
> Transportation Division
> Office of the Attorney General
> 300 West 15th Street, 14th Floor
> Austin, Texas 78701

/s/ J. Hampton Skelton

## AMENDED LIST OF *CY PRES* RECIPIENTS

| Entity | Allocation |
|---|---|
| Texas Access to Justice Foundation, Austin, TX | 8.5% |
| Advocacy, Inc., Austin, TX | 8.5% |
| Texas Civil Rights Project, Austin, TX | 3.5% |
| Texas Legal Services Center, Austin, TX | 3.5% |
| Texas Rio Grande Legal Aid, Weslaco, TX | 3.0% |
| ADAPT, Austin, TX | 2.0% |
| Brain Injury Association of Texas, Austin, TX | 0.5% |
| Coalition of Texas with Disabilities, Austin, TX | 3.5% |
| Community NOW, San Marcos, TX | 0.75% |
| CORE Foundation, Dripping Springs, TX | 0.75% |
| Texas Chapter PVA, Houston, TX | 1.0% |
| Legal Hospice of Texas, Dallas, TX | 1.0% |
| Texas Association of Centers for Independent Living, Inc., Lubbock, TX | 8.5% |
| ABLE Center for Independent Living, Odessa, TX | 2.5% |
| Austin Resource Center for Ind. Living, Austin, TX | 2.5% |
| ARCIL – San Marcos, San Marcos, TX | 2.5% |
| ARCIL – Round Rock, Round Rock, TX | 2.5% |
| Coastal Bend Center for Ind. Living, Corpus Christi, TX | 2.5% |
| Coalition for Barrier Free Living/Houston Center for Independent Living | 2.5% |
| Coalition for Barrier Free Living/Brazoria County Center for Independent Living, Angleton, TX | 2.5% |
| Coalition for Barrier Free Living/Fort Bend Center for Independent Living, Sugar Land, TX | 2.5% |
| Crockett Resource Center of Ind. Living, Crockett, TX | 2.5% |
| Palestine Resource Center for Ind. Living, Palestine, TX | 2.5% |
| East Texas Center for Ind. Living, Tyler, TX | 2.5% |
| Heart of Central Texas IL, Belton, TX | 2.5% |
| Lifetime Independence for Everyone, Lubbock, TX | 2.5% |
| Not Without Us!, Abilene, TX | 2.5% |
| Panhandle Independent Living Center, Amarillo, TX | 2.5% |
| Rehabilitation, Education, & Advocacy for Citizens With Handicaps, Dallas, TX | 2.5% |
| REACH – Fort Worth, Fort Worth, TX | 2.5% |
| REACH – Denton, Denton, TX | 2.5% |
| San Antonio Independent Living Services, San Antonio, TX | 2.5% |
| Valley Association for Ind. Living, McAllen, TX | 2.5% |
| South Texas Advocacy & Accessibility Resource Services, Laredo, TX | 2.5% |
| Volar Center for Independent Living, El Paso, TX | 2.5% |


EXHIBIT A